■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LYNCH, Appellant. [774 NYS2d 725]—Appeals by the defendant from two judgments of the County Court, Orange County (DeRosa, J.), both rendered June 11, 2001, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree under indictment No. 98-00492 and bail jumping in the first degree under indictment No. 99-00362, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; cf. *People v Gonzalez,* 47 NY2d 606 [1979]). Ritter, J.P., S. Miller, Townes, Crane and Rivera, JJ., concur.